UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:12-cr-521-T-24AEP

BRENT JAMES VINCENT

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following property:

  a. A Ruger P90 .45 caliber handgun;

  b. Eight rounds of .45 caliber ammunition loaded in the Ruger P90 .45 caliber handgun; and

  c. Multiple rounds of assorted ammunition. 003CYSF0394006.

On March 22, 2013, the Court entered a Preliminary Order of Forfeiture for the property identified above, pursuant to 21 U.S.C. § 853.  Doc. 29.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the property on the official government website, www.forfeiture.gov, from April 19, 2013 through May 18, 2013.  Doc. 34.  The publication gave notice to all third parties with a legal interest in the property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a

petition to adjudicate their interest within 60 days of the first date of publication. No person or entity, other than the defendant Vincent, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the property, and the time for filing a petition has expired. Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the property identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the property is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 21st day of June, 2013.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

2